NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACCENTURE GLOBAL SERVICES, GMBH AND ACCENTURE LLP,**
*Plaintiffs-Appellants,*

v.

**GUIDEWIRE SOFTWARE, INC.,**
*Defendant-Appellee.*

---

2011-1486

---

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0826, Judge Sue L. Robinson.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

## O R D E R

Guidewire Software Inc. moves, pursuant to Federal Circuit Rule 30(B)(2)(C), to strike references to what it asserts are impermissible block citations in the reply brief of Accenture Global Services GmbH and Accenture LLP (collectively, Accenture), and to require Accenture to file a

corrected reply brief and appendix. Accenture opposes. Guidewire replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY 3 0 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark A. Lemley, Esq.
J. Michael Jakes, Esq.

s23

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 3 0 2012

JAN HORBALY
CLERK